UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Scott Robinson</u>

          v.                    Civil No. 10-cv-19-PB

<u>Hillsborough County Department
of Corrections</u>

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated September 13, 2010, no objection having been filed, for the reasons set forth therein.  The case is hereby dismissed in its entirety.

SO ORDERED.

October 6, 2010                        <u>/s/ Paul Barbadoro</u>
                                              Paul Barbadoro
                                              United States District Judge

cc:    Scott Robinson, pro se